IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON HOLLY**                                                                                    **PETITIONER**

V.                              NO. 4:22-CV-00128-LPR-ERE

**CODY DRAKE**                                                             **RESPONDENT**

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 18th day of April , 2022.

                                                           _____
                                                           LEE P. RUDOFSKY
                                                           UNITED STATES DISTRICT JUDGE